United States District Court
Southern District of Texas
**ENTERED**
November 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD STALONS, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-02366 |
| § | |
| FIRST CLASS VACATIONS, INC./CRUISE § FIREFLY, *et al*, § § | |
| Defendants. § | |

## ORDER FOR ENTRY OF DEFAULT

The plaintiffs', Richard and Betty Stalons, and Darren DeLeon (the "plaintiffs"), has requested that default be entered against the defendant', First Class Vacations, Inc., / Cruise Firefly, et al. The records in the above-entitled action indicate that service of the Summons, Complaint and Orders for Conference and Disclosure of Interested Parties was made on the defendant', First Class Vacations, Inc., / Cruise Firefly, et al, and that the defendants have failed to properly plead or otherwise defend in this action as provided in the Federal Rules of Civil Procedure.

Now, therefore, upon the request of counsel, the Court hereby makes an entry of default against the defendants', First Class Vacations, Inc., / Cruise Firefly, et al.

It is so ORDERED.

SIGNED on this 20th day of November, 2018.

_____
Kenneth M. Hoyt
United States District Judge