United States Courts
Southern District of Texas
F I L E D

JUN 20 2019

David J. Bradley, Clerk of Court

District Court of the United States
Houston Division
515 Rusk Ave
Houston, TX 77002
RE: Case no. 4:18-cv-02366

May 31, 2019

Clerk of Court:

On November 20, 2018, we had received a default against the defendant, First Class Vacations / Firefly (TCPA case). At the same time we submitted the entry for default, we also submitted a motion for default judgment which I believe is in a pending status.

We realize that the district court is extremely busy with numerous cases and its excessive workload involving each case. We were just inquisitive regarding on the status of our case since six months has passed since we were granted the default.

Thanking you in advance.


Respectfully Submitted,
Rick and Betty Stalons
Darren DeLeon,
Co-plaintiffs