United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD STALONS, BETTY STALONS and DARREN DELEON, <br><br>　　Plaintiffs, <br>VS. <br><br>FIRST CLASS VACATIONS, INC./CRUISE FIREFLY and DOES 1-5, <br><br>　　Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 4:18-CV-02366 |

## ORDER

There has been no activity on this case since June 29, 2019. Therefore, this action is DISMISSED without prejudice for want of prosecution.

It is so ORDERED.

SIGNED on this 30th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth M. Hoyt
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge